# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131283(26)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CHURCH MUTUAL INSURANCE COMPANY,
     Plaintiff-Appellant,

v

                                         SC: 131283
                                         COA: 267524
                                         Ottawa CC: 99-035674-NZ

CONSUMERS ENERGY COMPANY,
     Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's September 26, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

p0220